# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

**SEALED**
XXXXXXXXXXXXXXXX

| | |
|---|---|
| United States of America<br>v.<br>Ronnell Bowman<br>dob: ▇ 1995<br><br>_Defendant_ | ) ) ) ) ) ) ) Case No. 23-cr-77 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ **Ronnell Bowman**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1349 - Mail Fraud Conspiracy
18 USC 1341 - Mail Fraud
18 USC 1958 and 2(a) - Conspiracy to commit murder for hire and murder for hire
18 USC 924(c)(1)(A)(iii), 924(j) and 2(a)- Using a firearm to commit murder for hire
18 USC 371 - Conspiracy to commit acts against the U.S.

Date: 04/26/2023

s/ Linda M. Zik, Deputy Clerk
_Issuing officer's signature_

City and state: Milwaukee, Wisconsin

Gina M. Colletti, Clerk, U.S. District Court
_Printed name and title_

### Return

This warrant was received on _(date)_ 5-8-2023, and the person was arrested on _(date)_ 5-10-2023
at _(city and state)_ _____.

Date: 5-10-2023

_Arresting officer's signature_

Christopher Elder  Special Agent
_Printed name and title_