UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                      Plaintiff,

v.

RONNELL BOWMAN,

                      Defendant.

Case No. 23-CR-77-1-JPS

**ORDER**

      Defendant Ronnell Bowman ("Defendant") is charged in a Second Superseding Indictment with violating 18 U.S.C. §§ 2(a), 371, 924(c)(1)(A)(iii), 1349, 1512(b)(1), 1512(b)(3), 1512(c)(2), 1512(k), and 1958. ECF No. 780. On October 27, 2025, the parties filed a plea agreement indicating that Defendant would plead guilty to Count One in the Second Superseding Indictment, while proceeding to trial on the remaining counts therein. ECF No. 847.

      The parties appeared before Magistrate Judge Stephen C. Dries on November 11, 2025 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 853. Defendant entered a plea of guilty as to Count One in the Second Superseding Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*

The same day, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 854. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 854, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 2nd day of December, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge